

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-13-2007

# Barton v. Curtis

Precedential or Non-Precedential: Precedential

Docket No. 06-3336

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Barton v. Curtis" (2007). *2007 Decisions.* Paper 505.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/505

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

No. 06-3336

———

CHRISTOPHER BARTON

v.

WILLIAM A. CURTIS, JR., in his individual capacity,
                                                            Appellant

———

On Appeal from the District Court of the Virgin Islands
(D.C. No. 05-cv-00002)
District Judge: Hon. Curtis V. Gomez

———

Argued May 7, 2007

Before: SLOVITER, STAPLETON, and VAN ANTWERPEN, Circuit Judges

(Filed July 30, 2007)

———

ORDER AMENDING OPINION

IT IS ORDERED that the slip opinion in the above case, filed July 30, 2007, be amended as follows:

Page 5, first full paragraph, line 5, "appellant Barton" should be deleted and replaced by "appellee Barton."

By the Court,


  /s/ Dolores K. Sloviter
  Circuit Judge

Dated:  August 13, 2007